# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0460. LIBERTY AUTO FINANCE, LLC v. JAMES W. GREEN REVOCABLE TRUST.**

The James W. Green Revocable Trust filed a garnishment claim against Liberty Auto Finance, LLC. The trial court rejected Liberty's challenges to the garnishment, and Liberty Auto Finance filed this appeal. We, however, lack jurisdiction.

Appeals in cases involving garnishment must be initiated by an application for discretionary appeal filed with this Court, subject to exceptions not applicable here. See OCGA § 5-6-35 (a) (4); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997). See also *Prison Health Svcs. v. Ga. Dept. of Admin. Svcs.*, 265 Ga. 810, 811 (1) (462 SE2d 601) (1995) (an order is subject to the discretionary appeal procedure "if the underlying subject matter of the appeal is one contained in [OCGA] § 5-6-35").

"Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Because Liberty Auto Finance failed to follow the required procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 11/01/2024

 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*